**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
LETICIA FRANCINE STIDHUM,

                          Plaintiff,        Case No. 1:19-cv-05458-ENV-JO

          v.                       **DEMAND FOR JURY TRIAL**

161-10 HILLSIDE AUTO AVE, LLC
    d/b/a Hillside Auto Outlet,
HILLSIDE AUTO MALL INC
    d/b/a Hillside Auto Mall,
ISHAQUE THAWALLA,
JORY BARON,
RONALD M BARON, and
ANDRIS GUZMAN,

                          Defendants.
------------------------------------------------------------------x

       Plaintiff, pursuant to Rule 38(b)(1) of the Federal Rules of Civil Procedure, hereby demands a trial by jury on all issues so triable in this matter.

Dated:  Flushing, NY
           January 15, 2020

                                            Respectfully submitted,

                                            /s/ John Troy
                                           John Troy, Esq.
                                           TROY LAW, PLLC
                                           41-25 Kissena Boulevard
                                           Suite 103
                                           Flushing, NY 11355
                                           Tel: 718-762-1324
                                           troylaw@troypllc.com

cc:    via ECF
        all counsel of record