**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x
LETICIA FRANCINE STIDHUM
                            Plaintiff,               Case No: **19-cv-05458**
                      v.
161-10 HILLSIDE AUTO AVE, LLC               **NOTICE OF APPEARANCE**
    d/b/a Hillside Auto Outlet, and
HILLSIDE AUTO MALL INC
    d/b/a Hillside Auto Mall,
ISHAQUE THANWALLA,
JORY BARON,
RONALD M BARON, and
ANDRIS GUZMAN,
                           Defendants.
----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Leanghour Lim of Troy Law, PLLC hereby appears for Plaintiff LETICIA FRANCINE STIDHUM, on behalf of themselves and others similarly situated, in the above-captioned case. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

     I certify that I am admitted and authorize to practice in this Court.

Dated: Flushing, NY
April 20, 2020

                                                              TROY LAW, PLLC

                                                              *Attorneys for Plaintiff*

                                                               By: /s/ Leanghour Lim
                                                               Leanghour Lim, Esq. (LL 6988)
                                                                41-25 Kissena Boulevard, Suite 103
                                                               Flushing, NY 11355
                                                               Tel: (718) 762-1324
                                                               troylaw@troypllc.com