UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
LETICIA FRANCINE STIDHUM,

                Plaintiff,                JUDGMENT
                                                  19-CV-5458 (RPK) (VMS)

    -against-

161-10 HILLSIDE AUTO AVE, LLC d/b/a
Hillside Auto Outlet; HILLSIDE AUTO
MALL INC. d/b/a Hillside Auto Mall,
ISHAQUE THANWALLA, JORY
BARON, RONALD M. BARON, and
ANDRIS GUZMAN,

                Defendants.
------------------------------------------------------------ X

        An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on April 13, 2022, vacating the orders of 3/31/21 and 6/25/21, *See* Order of the USCA 8-9 (Dkt. #31); dismissing this case; it is

        ORDERED and ADJUDGED that the case is moot; that the orders of 3/31/21 and 6/25/21 are vacated; that the case is dismissed, *See* Order of the USCA 8-9 (Dkt. #31); and that the motions (DE# 26 and 28) are also terminated as moot.

Dated: Brooklyn, NY                                                   Brenna B. Mahoney
       April 14, 2022                                                    Clerk of Court

                                                                        By: */s/Jalitza Poveda*
                                                                             Deputy Clerk